UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21084-CIV-UNGARO

RUSSELL WIGGINS,

    Plaintiff,

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST, a foreign corporation,

    Defendant.
_____/

### CERTIFICATION OF TRANSFER TO MAGISTRATE JUDGE

    This matter comes before the undersigned pursuant to Administrative Order 2008-09, the undersigned United States Magistrate Judge certifies that the above captioned case presently has no fully briefed referred pending motions and is therefore, ready to be transferred to United States Magistrate Judge Simonton.

    DONE AND ORDERED at Miami, Florida, this **4th** day of August, 2008.

                                                                                                                                                                                                                                                                                                                                                                                             _____
                                                                           JOHN J. O'SULLIVAN
                                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Ungaro
U.S. Magistrate Judge Simonton
All counsel of record